USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| **KARELINA,** | : |
| | : |
| **Plaintiff,** | : |
| | : **1:17-CV-10249 (ALC) (SLC)** |
| -against- | : |
| | : **ORDER** |
| **EQUINOX HOLDINGS, INC., ET AL.,** | : |
| | : |
| **Defendants.** | : |

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Parties are hereby ORDERED to submit a joint status report to the Court on or before June 26, 2020.

**SO ORDERED.**

**Dated:**   **New York, New York**
          **June 4, 2020**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**